SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>  Plaintiff,<br><br>vs.<br><br><br>Richard Filice, et al,<br><br><br><br>  Defendants | Case No.: CIV.S 09-cv-03286-MCE-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF RICHARD FILICE; ORDER**<br><br>Complaint Filed: NOVEMBER 25, 2009<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Richard Filice) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open as to the remaining Defendants.

///

///

///

///

1

1  Defendant (Richard Filice) is dismissed because this Defendant is not a proper party to
2  this action.
3
4  Dated: January 27, 2010                    /s/Scott N. Johnson
                                              SCOTT N. JOHNSON
5                                             Attorney for Plaintiff
6
7  **IT IS SO ORDERED**.
8
9  Dated: January 28, 2010
10
                                              _____
11                                            MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE